# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO





LICET CANCEL RIERA, et al.

    VS.                                CIVIL NO. __98-2102__ (JAF)

JOSE GULLERMO RODRIGUEZ, et al.

## DESCRIPTION OF MOTION

DATE FILED: 11/15/99    DOCKET: 20

[ ] Plaintiff(s)
[X] Defendant(s)

TITLE: MOTION REQUESTING CHANGE OF PRETRIAL CONFERENCE INTO STATUS CONFERENCE

## O-R-D-E-R

__X__ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

**OTHER:** THE PRETRIAL CONFERENCE SETTING FOR TODAY IS VACATED. A STATUS CONFERENCE SHALL BE HELD ON **NOVEMBER 30, 1999, AT 1:30 P.M.**

November 19, 1999
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE