# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO





<u>LICET CANCEL RIERA, ET AL.</u>

      VS.                        CIVIL NO. <u>  98-2102  </u> (JAF)

<u>JOSE GUILLERMO RODRIGUEZ,</u>
<u>ET AL.</u>

## DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [ ] Plffs. | [ ] Defts. | |

### O-R-D-E-R

AT PLAINTIFFS' REQUEST, AND WITH DEFENDANTS' CONSENT, THE COURT **RESCHEDULES** THE STATUS CONFERENCE SET FOR NOVEMBER 30, 1999, AT 1:30 P.M., FOR **DECEMBER 10, 1999, AT 3:00 P.M.**

_11/29/99_
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

