UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Tiret Carvel Riera, et al.

vs.

José Guillermo Rodriguez, et al

CIVIL NO. 98-2102

RECEIVED & FILED
99 DEC 14 AM 10:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### DESCRIPTION OF MOTION

DATE:
FILED:        DOCKET:#        Title: s/c order

( ) Plffs         ( ) Defts
( ) Government    ( ) Other

### ORDER

Counsel for plaintiff will meet with his clients this weekend and M. Roldán is granted until next Friday to inform if a voluntary dismissal will be entered. If the lawsuit is to continue, the pending discovery shall be concluded before Jan 30/2000. A further P.T. Conf. shall be held Feb 11/2000 @ 1:30 PM

[signature]

12-10-99

(23)