# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF SETTING</u>                    Date:  February 03, 2000

| | |
|---|---|
| LICET CANCEL RIERA, et al | * |
| | * |
|    Plaintiffs | * |
| | * |
|    vs. | *  Civil 98-2102 (JAF) |
| | * |
| JOSE RODRIGUEZ, et al | * |
| | * |
|    Defendants | * |
| | * |
| --------------------------------------------* | |

By Order of the Court a conference in the above captioned case, is hereby set for

**Friday, February 11, 2000,** at 3:30 P.M.  This proceeding will be held before Honorable

Robert J. Ward, Senior Judge from the US District Court in New York.


                             Lida Isis Egelé
                             Courtroom Deputy

s/c:   Israel Roldán       (Notified by phone: Maria)
       Juan González Muñoz   "   "   "  Personally
       Marie Cortés         "   "   "  Yanitza