UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

LICET CANCEL-RIERA, ET AL.,　　　*
　　　　　　　　　　　　　　　　*
　　　Plaintiffs,　　　　　　　　*　　Civil No. 98-2102 (JAF)
　　　　　　　　　　　　　　　　*
　　　v.　　　　　　　　　　　　 *
　　　　　　　　　　　　　　　　*
JOSE GUILLERMO RODRIGUEZ, ET AL.,*
　　　　　　　　　　　　　　　　*
　　　Defendants.　　　　　　　　*
　　　　　　　　　　　　　　　　*
-----------------------------------*

### J U D G M E N T

Plaintiff's "Motion in Compliance with Order and in Request of Voluntary Dismissal of Action," filed on February 7, 2000, <u>Docket Document No. 25</u>, is **GRANTED**. Judgment is entered dismissing this case with prejudice as to all plaintiffs.

San Juan, Puerto Rico, this 8th day of February, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)